In the Matter of NESCOTT OF EAST ISLIP, INC., Petitioner, v. STATE DIVISION OF HUMAN RIGHTS et al., Respondents.—

Christ, P. J., Rabin, Hopkins, Brennan and Benjamin, JJ., concur.